Richard Van Duzer (State Bar No. 136205)
Ruth Ann Castro (State Bar No. 209448)
Farella Braun & Martel LLP
Russ Building
235 Montgomery Street
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

Attorneys for Plaintiff
CALIFORNIA WINE COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA WINE COMPANY, a California corporation,<br><br>               Plaintiff,<br><br>       vs.<br><br>KNIGHTSBRIDGE FINE WINES, INC., a Nevada corporation, and DOES 1 through 10,<br><br>               Defendants. | Case No.  C-04-01902-EDL<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER RE PRETRIAL SCHEDULE** |

   WHEREAS, following the initial Case Management Conference held in this case on March 29, 2005, the Court presented a pre-trial schedule providing that the last day to add new parties was June 1, 2005;

   WHEREAS, the parties have conferred and have agreed to extend the time by which Defendant Knightsbridge Fine Wines, Inc. must respond to outstanding discovery to June 2, 2005;

   WHEREAS, defendant's response to the outstanding discovery may impact Plaintiff California Wine Company's decision to add new parties;

   THEREFORE, the parties, through their counsel, agree to modify the pre-trial schedule with respect to the last day to add new parties, and extend that date to June 9, 2005.

1  STIPULATED AND SO AGREED:

2  I attest that concurrence in the filing of the above Stipulation has been obtained from
3  counsel for Knightsbridge Wines, Inc.

4  DATED: May 31, 2005                              FARELLA BRAUN & MARTEL LLP

6                                                  By: _____/s/_____
7                                                      Ruth Ann Castro

                                                   Attorneys for Plaintiff
8                                                  CALIFORNIA WINE COMPANY

10  DATED: May 31, 2005                            GAW VANMALE SMITH MYERS &
                                                   MIROGLIO

13                                                 By: _____/s/_____
                                                       Bruce A. Miroglio

                                                   Attorneys for Defendant
14                                                 KNIGHTSBRIDGE FINE WINES, INC.

16  PURSUANT TO STIPULATION, IT IS SO ORDERED.

18  Dated: __June 2, 2005_____

19                                                 _____
                                                   HON. MAGISTRATE JUDGE
20                                                 ELIZABETH D. LAPORTE

*IT IS SO ORDERED* — Judge Elizabeth D. Laporte

Farella Braun & Martel LLP
Russ Building
235 Montgomery Street
San Francisco, CA  94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER RE
PRETRIAL SCHEDULE                           - 2 -                                   18912\799733.1
Case No. C-04-01902-EDL