Richard Van Duzer (State Bar No. 136205)
Ruth Ann Castro (State Bar No. 209448)
Farella Braun & Martel LLP
Russ Building
235 Montgomery Street
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Plaintiff
CALIFORNIA WINE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA WINE COMPANY, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>KNIGHTSBRIDGE FINE WINES, INC., a Nevada corporation, and DOES 1 through 10,<br><br>Defendants. | Case No. C-04-01902-EDL<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND LAST DAY TO ADD NEW PARTIES** |

WHEREAS, following the initial Case Management Conference held in this case on March 29, 2005, the Court presented a pre-trial schedule providing that the last day to add new parties was June 1, 2005. That date was extended by way of a Stipulation and Order to June 9, 2005;

WHEREAS, Plaintiff California Wine Company has recently received Defendant Knightsbridge Fine Wines, Inc.'s responses to discovery which relate to Plaintiff's decision to add new parties;

WHEREAS, Defendant is considering Plaintiff's request to stipulate to the filing of Plaintiff's First Amended Complaint;

Farella Braun & Martel LLP
Russ Building
235 Montgomery Street
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER TO
EXTEND LAST DAY TO ADD NEW PARTIES
Case No. C-04-01902-EDL

- 1 -

18912\803619.1

THEREFORE, the parties, through their counsel, agree to modify the pre-trial schedule with respect to the last day to add new parties, and extend that date to June 17, 2005.

STIPULATED AND SO AGREED:

I attest that concurrence in the filing of the above Stipulation has been obtained from counsel for Knightsbridge Fine Wines, Inc.

DATED: June 9, 2005

FARELLA BRAUN & MARTEL LLP

By: /s/
Ruth Ann Castro

Attorneys for Plaintiff
CALIFORNIA WINE COMPANY

DATED: June 9, 2005

GAW VANMALE SMITH MYERS & MIROGLIO

By: /s/
Bruce A. Miroglio

Attorneys for Defendant
KNIGHTSBRIDGE FINE WINES, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: June 13, 2005

IT IS SO ORDERED
Judge Elizabeth D. Laporte

HON. MAGISTRATE JUDGE
ELIZABETH D. LAPORTE

Farella Braun & Martel LLP
Russ Building
235 Montgomery Street
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER TO EXTEND LAST DAY TO ADD NEW PARTIES
Case No. C-04-01902-EDL

- 2 -

18912\803619.1