IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA WINE COMPANY, | No. C-04-1902 EDL |
| Plaintiff, | **ORDER** |
| v. | |
| KNIGHTSBRIDGE FINE WINES, INC, | |
| Defendants. | |

At the settlement conference held on June 10, 2005 before Chief Magistrate Judge James Larson, the parties reached settlement. By letter dated June 14, 2005, counsel for Plaintiff California Wine Company requests that the Court continue the dates of the Pretrial Schedule set forth in the Civil Minutes dated March 29, 2005 and the Stipulation and Order to Extend Last Day to Add New Parties dated June 13, 2005.

IT IS HEREBY ORDERED that the Further Case Management Conference currently set for June 28, 2005 is continued to July 26, 2005, and the last day to add parties currently set for June 17, 2005 is continued to July 22, 2005. All other dates set forth in the Pretrial Schedule remain in force without prejudice to request a continuance at a later time.

IT IS SO ORDERED.

Dated: June 22, 2005

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge