1  Richard Van Duzer (State Bar No. 136205)
   Ruth Ann Castro (State Bar No. 209448)
2  Farella Braun & Martel LLP
   Russ Building
3  235 Montgomery Street
   San Francisco, CA  94104
4  Telephone:  (415) 954-4400
   Facsimile:  (415) 954-4480
5
   Attorneys for Plaintiff
6  CALIFORNIA WINE COMPANY

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 | CALIFORNIA WINE COMPANY, a          | Case No.  C-04-01902-EDL
   | California corporation,             |
12 |                                     | **STIPULATION OF DISMISSAL AND**
   |             Plaintiff,              | **[PROPOSED] ORDER**
13 |                                     |
   |     vs.                             |
14 |                                     |
   | KNIGHTSBRIDGE FINE WINES, INC., a   |
15 | Nevada corporation, and DOES 1 through |
   | 10,                                 |
16 |                                     |
   |             Defendants.             |
17

Farella Braun & Martel LLP
Russ Building
235 Montgomery Street
San Francisco, CA  94104
(415) 954-4400

STIPULATION OF DISMISSAL AND [PROPOSED]
ORDER                                    - 1 -                              18912\815169.1
Case No. C-04-01902-EDL

IT IS HEREBY STIPULATED, by and between the parties to this action through their designated counsel, that the above-captioned action be, and hereby is, dismissed in its entirety, with prejudice, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1). Each side to bear its own fees and costs.

I attest that concurrence in the filing of the above Stipulation has been obtained from counsel for Knightsbridge Wines, Inc.

DATED: July 21, 2005              FARELLA BRAUN & MARTEL LLP

                                  By: _____/s/_____
                                      Ruth Ann Castro
                                  Attorneys for Plaintiff
                                  CALIFORNIA WINE COMPANY

DATED: July 21, 2005              GAW VANMALE SMITH MYERS & MIROGLIO

                                  By: _____/s/_____
                                      Bruce A. Miroglio
                                  Attorneys for Defendant
                                  KNIGHTSBRIDGE FINE WINES, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: ___July 27, 2005___

                                  _____
                                  HON. MAGISTRATE JUDGE
                                  ELIZABETH D. LAPORTE

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Elizabeth D. Laporte]